STATE OF SOUTH DAKOTA, Respondent, v. O'NEAL, Appellant.

(244 N. W. 267.)

(File Nos. 7382-7383. Opinion filed September 16, 1932.)

*H. M. Lewis,* of Hot Springs, for Appellant.

*M. Q. Sharpe,* Attorney General, for the State.

PER CURIAM. In this case certified copy of notice of appeal and notice of settlement of record were filed in this court on January 21, 1932. Time for filing appellant's brief was extended by stipulation to July 1, 1932. Since that time no further steps have been taken in this court, and no brief has been filed in behalf of the appellant. The appeal is therefore deemed abandoned, and the judgment and order appealed from are affirmed.

All the Judges concur.